U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 1 3 2006

LORETTA G. WHYTE
CLERK

**HEARING MINUTES AND ORDER**

06-8834

SECT. B  MAG 2

Cause Number: 06-1336

Style: Gary A. Hamann v. US Bank National Association ND

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Neal Cannon Jr. | Plaintiff |
| Jennifer Keefe/Bobby Hawkins | Defendant |

Date: September 22, 2006          ERO: P. Handley
Time: 1:26 p.m. - 1:15 p.m.       Interpreter: _____

**At the hearing the Court made the following rulings**:

Pretrial conference held.

Motion to Change Venue, Motion to Dismiss, and Motion for More Definite Statement by US Bank National Association ND [Doc. # 12] is GRANTED in part and DENIED in part in accordance with the record. This case is TRANSFERRED to the Eastern District of Louisiana, New Orleans Division.

Unopposed Motion for Leave to File Amended complaint by Gary A. Hamann [Doc. # 15] is GRANTED in accordance with the record in open court. Complaint must be filed on or before **October 6, 2006.**

Clerk shall not implement transfer of case file until after amended complaint is filed.

**SIGNED** at Houston, Texas this 22nd day of September, 2006.

Nancy F. Atlas
United States District Judge

P:\CTMINUTE\1-2006\06-1336  060926.1042

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No _____