UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GARY A. HAMANN, | * | Civil Action No. 06-8834 |
| Plaintiff | * | Section "B" (2) |
| VERSUS | * | Judge Ivan L. R. Lemelle |
| U.S. BANK NATIONAL ASSOCIATION ND | * | Magistrate Judge Joseph C. Wilkinson, Jr. |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the Joint Motion to Dismiss with Prejudice,

**IT IS HEREBY ORDERED** that the above-captioned cause be dismissed with prejudice, with all costs taxed against the party incurring the same.

New Orleans, Louisiana, this __11th__ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE